BENJAMIN BLOCK et al., Individually and as Copartners under the Firm Name of BLOCK, MALONEY & Co., Respondents, *v.* THE PENNSYLVANIA EXCHANGE BANK, Appellant.

(Argued May 31, 1934; decided July 3, 1934.)

*I. Alfred Levy, Max Dorff* and *Louis Greenblatt* for appellant.

*James Marshall* and *N. H. Kugelmass* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.